# (June 29, 1961)

DANIEL J. CAREY, as Commissioner of Agriculture and Markets of the State of New York, Appellant, v. INSTANTWHIP SCHENECTADY, INC., et al., Respondents.—

Bergan, P. J., Gibson, Herlihy and Taylor, JJ., concur. [10 Misc 2d 113].